AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah



KAREN CHRISTOFFERSEN,

v.

UNITED PARCEL SERVICE, LIBERTY MUTUAL INSURANCE COMPANY, and HELMSMAN MANAGEMENT SERVICES, LLC,

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00068-TS

IT IS ORDERED AND ADJUDGED

that the plaintiff's complaint is dismissed because the court lacks jurisdiction in this matter.

June 27, 2013
Date

D. Mark Jones
Clerk of Court

(By) Deputy Clerk